# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2155

_____

| | | |
|---|---|---|
| Derrick Scott, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Debora Steinman, Regional | * | Western District of Missouri. |
| Administrator, C.M.S.; Cora Parker, | * | |
| R.N., Administrator, Booneville | * | [UNPUBLISHED] |
| Correctional Center; Farnham, M.D., | * | |
| B.C.C.; Johnson, Officer, M.T.C., | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: October 4, 2000
Filed: October 11, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Derrick Scott appeals from the district court's[1] adverse grant of summary judgment and the denial of his motion to amend his complaint in his 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' briefs, we

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

conclude that summary judgment was properly granted.  See Dulany v. Carnahan, 132 F.3d 1234, 1237 (8th Cir. 1997) (reviewing de novo grant of summary judgment).  We further conclude that the magistrate judge[2] did not abuse his discretion in denying Scott's motion to amend.  See Williams v. Little Rock Mun. Water Works, 21 F.3d 218, 224 (8th Cir. 1994) (standard of review); Klinger v. Dept. of Corrections, 107 F.3d 609, 617 (8th Cir. 1997) (§ 1983 action must show actual injury resulted from constitutional violation).

Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.